File et
REC'VD 01 MAR '22 11:12 USDC-ORE

6:22-CV-00326-MC

# UNITED STATES DISTICT COURT DISTRICT 6 OF EUGENE OREGON

CLASS ACTION COMPLAINT: WHISTLEBLOWING CASE ALLEGING THAT DEFENDANTS OWES SOME OF THE PLAINTIFFS A SUM OF MONEY

| | |
|---|---|
| PATRICK LOUIS HENDERSON ET. ALL | CHRISTINE HENDERSON |
| 3130 KINSROW APT 305 | 3130 KINSROW APT 305 |
| EUGENE OREGON 97401 | EUGENE OREGON 97401 |
| FIRST PLAINTIFF | SECOND PLAINTIFF |
| | |
| ANGELA M PEYTON | JASON A HENDERSON |
| 1640 NEWMARK APT 6 | 3120 KINSROW APT 305 |
| COOS BAY OREGON 97420 | EUGENE OREGON 97401 |

V.

OFFICE OF ADMINISTRATIVE HEARINGS

46000 25TH NE

SALEM OREGON 97301


OREGON D3EPARTMENT OF HUMAN RESOURCES

I

THE PARIES IN THIS COMPLAINT

PLAINTIFFS

1

PATRICK L. HENDERSON, ET. ALL, EMPLOYER OF RECORD, 3130 KINSROW APARTMENT 305 EUGENE OREGON 97401 CONTACT THROUGH CHRISTINE HENDERSON SECOND PLAINTIFF

2

CHRISTINE D. HENDERSON, GAURDAIN/PAYEE. CRISIS RELIEF PERSONAL SUPPORT WORKER FOR PATRICK, 3130 KINSROW APARTMENT 305, EUGENE OREGON 97401.

3

ANGELA M. PEYTON, ISP REPRESENTATIVE, 1640 NEWMARK APT 6, COOS BAY OREGON 97420

4

JASON A. HENDERSON, PERSONAL SUPPORT WORRKER FOR PATRICK, 3130 KINSROW APT 305 EUGENE OREGON 97401, CONTACT THROUGH CHRISTINE HENDERSON SECOOND PLAITIFF

V.

DEFENDANTS

1

OFFICE OF ADMINISTRATIVE HEARINGS 450025 NE SAMLEM OREOGN 97401 SUPPOSEDLY A INDEPENDENT CORPORATION FROM DHS THAT EMPLOYS JUDGES TO HEAR DEPARTMENT OF HUMAN RESOURCES CASES BUT THERE IS DOICUMENTATION THAT THE JUDGES USE TO BE EMPLOYEES OF OREGON HUMAN RESOURCES. AND THEY ARE VAR PREJUDICE WITH CASES THAT COME BEFORE THEM THAT THE DEPARTMENT OF HUMAN RESOURCES ALLEGES.CURRENTLY THEY ARE STILL PART OF THE DEPARTMENT BUT THEY CLAIM TO BE WITH THE UNEMPLOYMENT DIVISION. (A SPIN OFF FROM THE OREGON HUMAN SERVICES DIVISION. NO MATTER HOW IT IS WORDED-**THE OREGON ADMINISTRATIVE HEARINGS DEPARTMENT IS PART OF OREGON HUMAN SERVICES DIVISION YET THEY CLAIM TO BE INDEPENDENT OF OREGON DEPARTMETN OF HUMAN SERVICES.**

FROM THIS PINT ON THE DEFENDANTS WILL BE ADDRESSED AS OHDS ET. ALL AS THEY CALIM TO BE INDEPENDENT OF THE DEPARTMENT YET THE UNEMPLOYMNET OFFICE IS THEIR EMPLOYER.

II

## BASIS FOR JURISDICTION

1-FALSE CLLAIM    2-QUI TAM-RACKETEER INFLUENCED AND CORRUPT ORGRANIZATION

### THE AMOUNT OF IN CONTROVERSY

THE AMOUNT THE PLAINTIFFS CLAIM THAT THE DEFENDANTS OWE IS MORE TAN 75,000.00 NOT COUNTING INTEREST AND COST OF COURT.

III

### STATEMENT OF CLAIMS

A

OREGON ADMINISTRATIVE HEARINGS OFFICE CLAIMS TO BE INDEPENDENT OF THE OREGON DEPARTMENT OFF HUMAN SERVICES. THEY ARE NOT INDEPENDENT OF OREGON DEPARTMENT OF HUMAN SERVICES THEY ARE EMPLYED THROUGH OREGON UNEMPLOYMENT DIVISION WHICH IS A "SPIN OFF" FROM THE OREGON DEPARTMENT OF HUMAN SERVICES.

B.

SEVERAL OF THE EMPLOYEES THAT ARE EMPOLYED BY THE DEPARTMENT OF ADMINISTRATIVE HEARINGS AND ARE MAKING AS MUCH AS **210 PERCEN**T HIGEHER WAGES THAN THE MEDIUM OREGON WAGE FOR ADMINISTRATIVE LAW JUDGES.IN OREGON

C.

THE CREATOR OF THIS ORGANIZATION (SPIN OFF OF  WROTE A BACKGROUND HISTORY AND POSTED IT ON THE WEB AND IN THIS 2 PAGE DOCUMNT HE STATES "THE OREGON ADMINISTRATIVE DEPARTMENT OF HEARINGS WAS CREATED TO MAKE IT "APPEAR" HEARINGS ARE IMPARTIAL AND NON PREDICE." AND THAT THEY STARTED THE OFFICE OF ADMINISTRATIVE HEARINGS BECAUSE THE DEPARTMENT OF IRS DID NOT AGREE WITH THE DEPARTMENTS RULINGS.

LATER IN THE DOCUMENT HE GOES ON TO STATE THAT IN A CERTAIN YEAR THE OREGON ADMINSTRATIVE HEARINGS DEPARTMENT SAVED THE **"DEPARTMENT"** OVER 2,5 BILLION DOLLARS. (THE OREGON ADMINISTRATIVE HEARINGS DEPARTMENT IS A BRANCH OF THE DEPARTMENT (OREGON HUMBNA SERVICES AND THEIR FOR IS PREJUDICE AND IS A CONFLICT OF INTEREST TO HAVE THEM HEARING ANY CASES FROM ANY BRACNCH OF THE DEPARTMENT.

D.

OREGON ADMINISTRATIVE HEARING JUDGES ARE KNOWN TO TAMPER WITH WITNESSES, TAMPER WITH EVIDENCE, GAG TESTIMONY OF LITIGANTS, EVEN APPLY THE LAWS ILLEGALLY TO GET WINS FOR THE DEPARTMENT.

LOSE OF ABSOLUTE IMMUNITY NMBER 1 WITH SEVERAL COUNTS AND ALSO STILL CONTINUING 8 YERS LATER!

CASE ODHS LANE COUNTY DEVELOPMENTAL DISABILITIES VS PATRICK HENDERSON-PATRICK WAS ILLEGALLY REMOVED FROM HIS GROUP HOME-WITHOUT 30 DAY NOTICE-AND PLACED INTO A NURSING HOME RATHER THAN BEING ALLOWED TO COME HOME WITH HOSPICE ATTACHED TO LIVE WITH HIS GUARDAIN AFTER HE SUSTAINED LIFE THREATENING GROSSLY OVER CHEMICAL RESTRAINT BY TELEW MD THAT CAUSED HIM TO LOSE THE ABILITY TO SWALLOW CAUSING LIFE THREATENING MALNURISHMENT AND A STAGE 4 BEDSORE THAT WENT DOWN THROUGH THE FACEA AND INTO THE BONE BECAUSE SISO GROUP HOME DID NOT HAVE THE LEVEL OF MEDICAL STAFFING NEEDED TO SUPPORT HIM NOR THE MEDICAL EQUIPMENT TO SUPPORT HIS CARE. MULTIMPLE PROTECTIVE SERVICE COMPLAINTS WERE MADE AND MARK PHINNNEY AND MR. MILLER IGNORED THE COMPLAINTS AND DID NOT INTERVENE. RIVERBEND HOSPITAL MISDIAGNOSED PATRICK TERMINALLY ILL AFTER DOING PLASTIC SURGERY TO REPIR THE 4 BY TWO HOLE IN HIS RIGHT HIP. ODHS OVERRODE THE GAURDAINS WISH TO BRING PATRICK HOME AND PLACED HIM IN A NURSING HOME WHERE HE WAS FULLY ADMITTED AGAINST PASSR RULE. THE PASSR RULE IS UNCONSTITUTIONAL AND BREAKS EVERY DISABILITY ACT AND HOUSING ACT THERE EVER WAS. THREE MONTHS AFTER PATRICKS FULLY BEING ADMITTED TO THE NURSING HOME AGAINST GUARDAINS WISHES ODHS COMES AND TELLS GUARDAIN PATRICK MUST LEAVE THE NURSIN GHOME AND GO BACK TO A COMMUNITY GROUP HOME WHERE IT IS MORE RESTRICTIVE, DOES NOT HAVE A ZERO TOLERANCE FOR VILENCE, DOESNOT AFFORD PERSONAL SAFETY, DOESNOT HAVE MEDICALLY TRAINED PERSONAL STAFF TO SUPPORT HIS MEDICAL NEEDS AND DOES NOT HAVE THE PROPER MEDICAL EQUIPMENT TO ALLOW REHABILITATION. ODHS CLAIMS THAT PATRICK WAS ADMITTED AGAINST THE PASSR RULE AND THERFORE THEY WERE OUT OF COMPLAINCE. GUARDAIN, PATRICKS, PROBATE COURT APPOINTED LAWYER, A COURT VISITOR, PATRICKS PRIMARY CARE PHYSICIAN PATRICKS FATHER AND MOTHER ALL WANTED PATRICK TO REMIAN IN THE NUSRING HOME AS HE WAS THRIVING.

> PATRICKS COURT APPOINTED LAWYER STATED SHE WILL NOT BE REQUESTING PATRICK BE REMOVED AGAIN A 3RD TIME FROM HIS PRESENT PLACEMENT AND STATED THAT ANYONE THAT WISHES TO HAVE PATRICK REMOVED FROM THE NURSING HOME MUST PETITION PROBATE COURT AND APPEAR IN FRONT OF THE JUDGE HOLLAND. JUDGE HOLLAND STATED THAT IF PATRICK MUST MOVE FROM THE NURSING HOME IT MUST BE TO A MEDICAL GROUP NHOME THAT COULD SUPPORT HIS NEEDS. PATRICKS PRIMARY DOCTOR STATED HE WAS NOT AWARE OF ANY RULES OR REGULATIONS AS TO WHY DEVELPMENTALLY DELAYED PERSONS CAN NOT GET MEDICAL CARE IN A NURSING HOME AND IF THERE IS SUCH A RULE IT WOULD BE DISCRIMINATION BASED ON DIAGNOSIS AND A PERSON DISABILITY.. GUARDAIN AND FAMILY WAS ADVOCATING PATRICK WAS SHOWING SINS OF "TRANSFER TRAUMA" AS HE WAS REMOVED FROM THE GROUP HOME, PUT IN THE HOSPITAL, PUT IN A NURSIN G HOME AND ODHS WANTED TO MOVE HIM A 4TH TIME IN LESS THAN 5 MONTHS!!
>
> ODHS IGNORED LANE COUNTY PROBATE COURT COMPLETELY AND BEGAN DOING PROCEEDINGS AGAINST PATRICK TO REMOVE HIM FROM THE NURSING HOME SO ODHS COULD BE IN COMPLAINCE WITH THE PASSR RULE.
>
> THE OREGON DEPARTMENT OF ADMINISTRATIVE HEARINGS REMOVED THE FIRST JUDGE IN THE CASE AS THEY WERE SYING THERE WAS TO MANY DELAYS TAKING PLACE AND AT THE SAME TIME ISSUED A ORDER SAYING THE GUARDAIN COULD NOT DELAY PROCEEDINGS ANY

LONGER.(GAG ORDER) ODAH ALSO WOULD NOT ALLOW EVIDENCE TO BE SUBMITTED INTO THE RECORD SHOWING THAT PATRICK WAS MISDIAGNOSED TERMINALLY ILL DUE TO TELEW MDS GROSSLY OVER CHEMICAL SEDATING CAUSING LIFE THREATENING MALNURISHMENT FROM 180 POUNDS DOWN TO LESS THAN 85 POUNDS IN LESS THAN A 6 MONTH PERIOD. ODAY WOULD NOT ALLOW PATRICKS MEDICAL DOCTOR, THE COURT VISITOR, PATRICKS COURT APPOINTED LAWYER, TWO CERTIFIED NURSES AIDS THAT WORKED AT THE NURSING HOME NOR THE GUARDAIN TO ADVOCATE FOR PATRICK TO REMAIN IN THE NURSING HOME. SAMUEL HENDDERSON PATRICKS AND CHRISTINES DAUGHTER WAS MURDERED 1 WEEK PRIOR TO THE HEARING AND ODAH WOULD NOT ALLOW CHRISTINE POSTPONE THE HEARING SO SHE COULD MORN AND ARRANGE SERVEICES FOR HER FATHER. ODAH ALLOWED JANE ELLEN TO TESTIFY FOR THE DEPARTMENT AND THAN WHEN THE ILLLEGAL RULING TO MAKE PATRCK MOVE BACK TO A SUBSTANDARD FORM OF CARE JANE ELLEN FROM THE DEPARTMENT SENT OUT A LETTER TO THE NURSING HOME STATING THAT ODPARTMENT OF HUMAN SERVICES WAS SHUTTIN GOFF PATRICKS MEDICAID AND MEDICARE COVERAGE. WHICH MADE RIVERBEND NURSING HOME ISSUE AN ILLEGAL WRIT FOR PATRICK TO LEAVE THE NURSIN G HOME FOR NON PAYMENT FOR SERVICES OF ROOM AND BOARD. PATRICK WAS FORCED TO LEAVE THE NURSINGHOME AFTER BEING A RESIDENT FOR OVER 18 MONTHS AND HE WAS FORCED TO GO TO A BEHAVIORAL HOME NOT A MEDICAL HME AS ORDERED BY LANE COUNTY PROBATE COURT AS IT WA STHE ONLY OPENING ODHS HAD IN LOCAL GROUP HOMES. PATRICK LEFT WITH NO MEIDCAL SUPPORTS IN PLACE NOT EVEN A AIRBED FOR HIS SENSITIVE SKIN, NOT A WORKING WHEEL CHAIR, NOTING BUT HIS CLOTHES AND HIS DEAD DADS BELINGINGS AS HI DAD RESIDED INT THE SAME NURSING HOME. WITHIN LESS THAN TWO WEEKS IN THE NEW GROUP HOME PATRICK SUTAINED LIFE THREATENING HEAD INJURY ON A STURDAY ANDNO ONE AT THE GROUP HOME TOOK HIM IN FOR MEDICAL TREAMENT UNTIL MONDAY WHEN GUARDAIN CAME TO VISIT HIM. PATRICKS LEFT EYE WAS SWLLEN COMPLETELY SHUT THE WHOLE SIDE OF HIS FACE WAS BLACK AND BLUE DOWN HIS NECK AND ON TO HIS SHOULDER. WHEN GUARDAIN ASKED WHAT HAD HAPPENED THE STAFF PERSON REPLIED SHE DID NOT WORK THE WEEKEND AND WAS NOT QUITE SURE WHAT HAD HAPPENED. UPON GETTING MEDICAL ATTENTION GUARDAIN LISTENED TO THE STAFF PERSON TELL THE ATTENDING PHYSICIAN THAT PATRICK HAD ROLLED DOWN A WHEEL CHAIR RAMP SLAMED INTO A METAL FENCE AND THAN HIS 85 POUND CHAIR TIPPED OVER ON TOP OF HIM! PATRICK WAS TREATED AND GUARDAIN MADE A PROTECTIVE SERVICE COMPLAINT ABOUT THE GROUP HOME NOT CALLING AN AMBULANCE OR TAKING PATRICK IN FOR IMMEDIATE CARE FOR A LIFE THREATENING HEAD INJURY SHE ALSO STARTED ADVOCATING THAT PATRICK BE MOVED BACK TO THE NURSING HOME WHERE HE COULD GET IMMEDIATE CARE FOR INCIDENTS LIKE THIS ONE AND BE SAFE FROM HARM. MARK PHINNEY WAS THE PROTECTIVE SERVICE INVESTIGATOR AND HE STATED PATRICK COULD NOT GO BACK TO THE NURSING HOME AND THAT IN THE ISP IT STATES WHEEL CHAIR BREAKS ARE TO BE USED BUT WAS NOT SO THE GROUP PHOME GOT DINGED FOR NOT SETTING HIS WHEEL CHAIR BREAK NOTHING WAS MENTIONED ABOUT NOT PROVIDING IMMEDIATE MEDICAL CARE FOR LIFE THREATENIGN HEAD INJURYS LIKE HEAD CONCUSSIONS. ODHS RETALIATED AGAINST THE GUARDAIN FOR MAKING A COMPLAINT ABOUT THE NEGLAECT AND ABUSE TAKING PLACE AND ISSUED A FALSE WIRT FOR 40,000,00 ON THE GUARDAIN /NOW PAYEE SUPPOSEDLY AS A OVERPAYMENT TO THE NURSING HOME FOR MEDICAL SERVICES PROVIDED TO PATRICK WHILE HE WAS RECOVERING FROM ABUSE AND NEGLECT HE SUSTAINED IN THE GROUP HOME UNDER ODHS DIRECT SUPERVISION AND IT WAS SIGNED BY THE DEPARTMENT OF THE OREGON ADMINISTRATIVE HEARINGS. ODHS TRIED COERSING THE GUARDAIN PAYEE

TO PAY THE 40,000 AND GUARDAIN STATED SHE WAS NOT THE PAYYEE AT THAT TIME SHE DID NOT SEE ANY OF THE MONEY IT IS THE ACCOUNTANT AT THE NURSIN GHOME THAT THEY NEEDED TO GET THE OVER PAYMENT FROM. ODHS THAN WENT AFTER PATRICKS SURVING PARENT HIS MONTHER SAYING THEY WERE GOING TO PUT A LEIN ON HER PROPERTY AND AGAIN CHRISTINE BACKED THEM DOWN AS HIS MOTHER HAD NOTHING TO DO WITH THE DECISIONS MADE TO KEEP PATRICK IN THE NURSINGHOME. ANOTHER OREGON ADMINISTRATIVE HEARING WAS HELD AND THEY TRIED SAYING THAT GUARDAIN SHOLD PAY THE OVER PAYMENT AS SHE ALLOWED PATRICK TO BE LACED IN THE NURSINGHOME AGAINST PASSR RULE CHRISTINE AGAIN STATED THAT ODHS PLACED PATRICK IN THE NURSING HOME AGAINST GUARDIAN WISHES AND THAN AFTER THEY REALIZED PATRICK WAS NOT GOING TO DIE THEY DECIDED THEY WANTED HIM OUT BECAUSE THEY WERE OUT OF COMPLINACE WITH PASSR RULE AND IF ANYONE SHOULD BE PAYING THE OVERPAYMENT IT SHOULDBE ODHS BY OFFSETTING IT AS DIRECTED TO DO IN THEIR ADMINISTRATIVE RULES. GUARDAIN ALSO POINTED OUT ALSO THAT THERIR ISNO SUCH THING AS A MEDICAL OVERPAYMENT AND THE 40,000.00 BILL WAS MADE USING FOODSTAMP CONCULATIONS. ALSO IN THIS HEARING INCOMES BECAME AN INSSUE AS GUARDAIN WAS ON SSI SO COULD NOT BE GARNISHED AND PATRICK IS ON SSDI SO HIS INCOME COULD NOT BE GARNISHED. OAH WNET AHEAD AN ISSUED AN ORDER AGAINST PATRICK HENDERSON FOR THE 40,000.00 OVER PAYMENT TO THE NURINGHOME. GUARDAIN DISPUTED THIS IN ANOTHER OAH AS IN THE DHS RULES IT SATATES THAT A INCAPACITATED PERSON CANNOT BE HEALD LIABLE FOR MEDICAL DEBTS OR GARNISHED FOR MEDICAL DEBTS. OAH AND DPARMENT THE DEAPRTMENT AFFIRMED THE RULING AND STATED THEY ISSUED IT IN PATRICKS NAME AS THEY HAD TAKEN HIS LIVING CONDITIONS UNDERADVISEMENT. IN 2019 DHS AGAIN RETALIATED AGAINST THE GUARDAIN FOR COMPLAINTS MADE AND ISSUED A WRIT OF GARNISHMENT ON PATRICKS SSDI SAVINGS ACCOUNT AND THEY GOT AWAY WITH IT. THE WRIT WAS AGAIN SIGNED BY SOME OREGON ADMINISTRATIVE JUDGE!

PATRICK HAD SUSTAINEDPROBATE JUDGE HOLLAND HAVE FOUR CASES I WILL BRING FORTH WITH PROOF OF ILLEGAL PROCEEDURE AND ILLEGAL APPLICATION OF THE LAW).THE ILLEGAL ACTS HAVE CAUSED CATROSTROPHIC LOSES AND ALLOWED THE DEPARTMENT TO DO ILLEGAL COLLECTION OF FALSE CLAIMS OF FRAUDULANT ACTS.

CASE NUMBER TWO OF LOSS OF ABSOLUTE IMMUNITY WITH SEVERAL COUNTS LISTED

PATRICK WAS TRANSFERRED FROM LANE COUNTY DEVELPPMENTAL SERVICES TO FULL ACCESS SERVICES IN 2017 DUE TO THE ISSUES LITED ABOUT AND SOME OTHER ISSUES. FULL ACCESS WAS TO BEGIN CASE MANAGEMENT OCTOBER 2016. MARCH 2017 PATRICK HAD MET A PERSONAL ASSISTANT BACK IN OCTOBER BUT HAD NOT GOTTEN ANY SERVICE SUPORTS SINCE THAT DAY. SO A COMPLAINT WAS MADE. ALSO SEVERAL WORKERS WERE SENT OVER TO BE ASSIGNED TO PATRICK'S CASE THAT WAS TAKEN OFF OF THE OREGON HEALTH CARE REGISTRY SITE THAT ALREADY HAD PSIW NUMBER AND BACKGROUND CHECKS DONE AND SHOULD HAVE BEEN PART OF THE TEAM IN LESS THAN 10 DAYSOF PROCESSING. 15 PEOPLE LATER NO ONE HAD BEEN PROCESSED AGAIN ANOTHER COMPLAINT MADE PEOPLE CAN NOT WAIT 3 AND 4 MONTHS TO GO TO WORK AND A NEW PERSONAL ASSITANT WAS ASSIGNED. EVERYTHING WENT WELL UNTIL THAT PA NOTIFIED THE TEAM SHE WAS LEAVING HER POSITION TO GO BACK INTO WORKING WITH CLIENTS IN DIRECT CARE. NO ONE GOT ASSIGNED IN HER ABSENCE LEAVING THE TEAM UNSUPPORTED AND AGAIN WITHOUT CASE MANAGEMENT SERVICES AGAIN A COMPLAINT WAS MADE. MIKE SHUGRUE AND KRISSY MADE SEVERL TRIPS TO OUR HOME TO

COMPLAIN ABOUT HOW THE PREVIOUS PA HAD ARRANGE OUR CASE TO RUN AS SHE HAD PUT PATRICK AS THE EMPLOYER OF RECORD AND SAID TO GET A ISP REP SO GUARDIAN CULD GET PAID. MIKE CONTINUALLY ARGURED THAT THE CASE NEEDED TO BE REARANGED AND USED GROUP HOME BYLAWS TO INSTRUCT IN HARASSMENT AND RETALIATION ODDS AND OREGON HEALTH AUTHORITY WAS CONTACTED AND THEY CONFIRMED THE CASE WAS SAT UP AS HOW IT SHOULDBE. THE TIME HAD COME FOR PATRICKS ISP AND LOC TO BE DONE AND NIKE SHUGRUE PA SUPERVISOR ASSIGNED A MELISSA PERSON TO OUR CASE. BUT WHEN SHE CAME TO DO THE ASSESSMENTS AND THE ISP SHE ANNOUNCED WHE WOULD NOT BE STAYING AND MIKE SHUGRUE WOULD BE DOING THEM. MELISSA TOOK A MINI TOUR OF OUR HOME THAN LEFT ANDMIKE SHGRUE DID THE ASSESSMENTS USING A YELLOW NOTE PAD AND PEN WHICH WAS HIGHLY UNUSUAL AND SAID THA THE WOULD GO BACK TO THE OFFICE PUT IN DATA AND SEND US A COPY. JULY AND THE FIRST PART OF AUGUST PAST AND OUR TEAM STILL HAD NOT GOTTEN PAID AS MIKE HAD NOT DONE THE ISP OR MADE SERVICE CONTRACTS OR DONE ANY OF THE PAPERWORK HE WAS SUPPOSED TO. AGAIN WE COMPLAINED WE NEEDED TO GET PAID. MIKE DID THE PAPER WORK BUT HE DROPPED PACTRICKS LOC FROM EXCEPTIONAL NEEDS DOWN TO REGULAR CAUSING WORKERS TO QUIT AS THEY WERE GETTING 3 DOLLARS LESS AN HOUR. AGAIN ANOTHER COMPLAINT WAS MADE AS NO LOC LOWERING WAS TO TAKE PLACE AND IF IT DID THERE WAS TO BE A 30 DAY NOTICE SO IT COULD BE DISPUTED. THIS DID NOT HAPPEN WHAT TOOK PLACE WAS ILLEGAL AND IN RETALIATIO FOR MAKING COMPLAINTS ABOUT NOT GETTING CASE MANAGEMENT SERVICES THAT WERE CONTRACTED. ALSO MIKE DID AN ANA RATHER THAN AN OREGON NEEDS ASSISSEMNT AND CASE MANAGERS CAN NOT PERFROM THEM ONLY STATE INDEPENDENT WORKERS SO A OREON NEEDS ASSESSMENT WAS SCHEDULED AND COMPLETED AFTER 3 HOURW OF INTERVEIWING AND THE RESULTS CAME BACK EXCEPTIONAL NEEDS AND WAS TO BE CONFIRMED AND IN PLACE IN 3 DAYS...4 MONTHS LATER WE GET THE ASSESSMENT BACK WITH A ATTACHMENT STATING THAT NOONE CAN HAVE EXCEPTIONAL NEEDS OR ENHANCED STATUS UNTIL THINGS ARE FIXED AND THAT NO ONE IS TO BE NOTIFIED OF THIS PROBLEM WITH THE ROLLOUT OF THE NEW PROGRAM. AND ALSO AN EMAIL BETWEEN MIKE SHUGRUE AND SOMEONE IN SALME STAITING TO DROP PATPRICK SERVICES TO REGUALR LOWEST IT CAN GO EVEN THOUGH HIS FUNCTIONING LEVEL TOPS OUT AT THE HIGHEST AVAILABLE TEER. AGAIN A COMPLAINT WAS MADE AND THE MEDICAL DOCTOR NOTIFIED AND THE DOCTOR CONTACTED FULL ACCESS AND TOLD THEM PATRICK NEEDED 24/7 CARE AND TWO PEOPLE IN MOST OF HIS CARE DHS AND FAB INGNORED DOCTORS ORDERS...A OREGON ADMINISTRATIVE HEARING WAS REQUESTED IN AUGUST AND DID NOT GET PROCESSED UNTIL FEBRUARY OF THE FOLLOWING YEAR AND WHEN IT DID GET PROCESSED OREGON ADMINISTRATIVE HEARING WOULD NOT HEAR ANY THING ABOUT WHAT THE ORIGINAL CASE WAS ABOUT ONLY TO DECIDEI F MORE HOURS AND MORE STAFFING COULD TAKE PLACE. OAH SIDED WITH FAB AS USUAL AND BEFORE THE JUSDGE COULD WRITEUP THE ORDER PATRICK HAD FALLIN ANDBROKEN HIS LEFT HIP BECAUSE HE DID NOT HAVE THE PROPER AMOUNT OF STAFFING ON HIM AND PROPER AMOUNT OF HOURS...THE WRITE UP WAS NOT GIVEN TO THE TEAM UNTIL 10 DAYS BEFORE THE NEXT ISP MEETING WHICH WAS SOME 4 MONTHS LATER. IN THE MEANTIME GUARDAIN WAS FORCED TO PAY OUT OF POCKET EXPENSES FOR STAFFING AND SUPPORTS. WHEN THE WRITE UP DID COME IT STATED THAT IT WAS ONLU GOOD UNTIL THE NEXT ISP WHICH WAS IN 10 DAYS...BASICALLY USELESS!!! IN THE HEARING FAB SUBMITTED FALSE DOCUMENTATION AND THE OAH JUDGE ALLOWED IT AS WELL AS FALSE TESTIMONY ABOUT THE EVENTS LEADING UP TO PATRICK LEFT HIP INJURY AND THE LACK OF CASE MANAGEMENT. WE DID NOT HAVE AN ISP SIGNED UNTIL DECEMBER WHEN IT SHOULD HAVE BEEN DONE IN JULY. AND THE SERVICE CONTRACTS WERE TO BE BACK DATED AND THE COMMISSIONER WAS CONTACTED ABOUT FAB NOT DOING THAT SO PEOPLE COULD GET PAID AND AGAIN NOTHING HAPPENED.

CASE THREE OF LOSS OF ABSOUTE IMMUNITY

LINN COUNTY INVESTIGATED THE BROKEN HIP AND SUGGESTED THAT WE TRANSFER BACK FROM FAB TO LCDD AS IT WAS OBVIOUS FAB COULD NOT HANDLE PATRICKS CASE AND THEIR WAS SO MUCH RETALIATION AND HARASSMENT GOING ON THAT WE MADE THE TRANSFER. IT WAS TO BE DONE BY JUNE AND AGAIN WE WERE LEFT UNTRANFERRED AND NO WAY TO GET PAID AS NO CASE MANAGER HAD BEEN ASSIGNED ANDPATRICK JOHNSON THE SUPERVISOR OF CASE MANAGERS WAS GOING TO ACT AS OUR CASE MANAGER UNTIL THE TRANSFER WAS COMPLETE. A MONTH OF NOT GETTING PAID WENT BY AND AGAIN WE WERE TOLD JUST STAY TAKING CARE OF PATRICK UNPAID AND THEY WOULD BACK DATE THE CONTRACTS TO GET US PAID AND WE DECLINED AND TOLD THEM WE ALL WERE FILING FOR UNEMPLOYEMNT AS WE HAD JUST BEEN THROUGH THAT AND THE OAH AND FAB ODDS AND OHA ALL LET US DONWN AND WE STILL HAVE NOT GOTTEN PAID FOR THE THREE MONTHS WE DID NOT ABANDON PATRICK. ABOUT 3MONTHS LATER WE GOT ASSIGNED TO GRETTA HILTY AND THINGS BEGAN TO CO A LITTLE BETTER. PATRICK CAME OUT OF INSTITUTIONS THAT PROVIDED 24/7 CARE AND 2 ON 1 SERVICES AND DHS WITH THE HELP OF OAH STILL ONLY WANTED TO GIVE 10 HOURS OF 2 ON 1 AND ONLY 16 HOURS OF CARE. PATRICK CAN NOT BE LEFT ALONE AT ANY GIVEN TIME AND NEEDS TO BE MONITORED WHILE SLEEPING AND MANY NIGHTS HE DOES NOT SLEEP AS HE CAN NOT TELL NIGHT TIME FROM DAY TIME BEING LEGALLY BLIND. SO GUARDAIN WAS BEING FORCED TO PROVIDE CARE/LABOOR TRAFFICKING TO KEEP PATRICK FROM BEING ABANDONED. FINALLY WE GOT ALEXZANDER WILLIAMSON ASSIGNED AS A CASE A MANAGER AND HE GOT 24 HOUR CARE AND MORE 2 ON 1 HOURS FOR US.

CASE FOUR OF LOSS OF ABSOLUTE IMMUNITY

SENIOR AND DISABLED SERVICES HANDLES MEDICAL COVERAGE AND FOOD STAMPS FOR CHRISTINE AND PATRICK. SINCE THE PROTECTIVE SERVICE COMPLAINT ABOUT THEM TURNING OFF PATRICKS MEDICAL COVERAGE FOR NO REASON WHILE HE WAS IN THE NURSINGHOME CAUSING THE INVOLUNTARY EVICTION FOR NON PAYMENT THEY HAVE BEEN HARASSING AND RETALIATING US. PATRICK IS ON SSI AND HIS INCOM NEVER CHANGES IT IS STEADY ALL YEAR LONG YET 3 AND 4 TIMES A YEAR WE WOULD BE NOTIFIED HIS FOODSTAMPS WAS BEING REDUCED OR TAKEN AWAY AND GUARDIAN WOULD HAVE TO REQUEST OAH TO GET THE BENEFITS TO REAMIN IN FORCE. COUNTLESS OAH ALSO HAVE BEEN HELD TO GET MEDICAL SUPPLIES AND SERVICES WERE HELD AND AGAIN...OAH WOULD SIDE WITH DHS EVEN WHEN THEY DISCRIMINATED AGAINST PATRICK FOR NOT BEING A CERTAIN AGE AND LOSING THE ABILITY TO LEARN LANGUAGE, DUE TO HIS SEVERE MENTAL DELAY THEY WOULD NOT PAY FOR HEARING TESTING AND DEVICES, BECAUSE HE WAS HE WAS IMPAIRED THEY WOULD NOT ACCOMMODATE HIM IN HIS SCHOOLING AT THE U OF O SPEECH AND HEARING CLINIC. SO MANY ISSUES IT S HARD TO LIST THEM ALL BUT ONCE THE AUDIO CDS ARE GIVEN AND THE JUDGE LISTENS TO IT SHE WILL KNOW. CHRISTINE WORKS UNDER THE DIFFICULTY OF CARE WAIVER BY IRS AND DHS WENT BACK TWO AND A HALF YEARS TO TRY AND BRING A FALSE CLAIM OF NOT REPORTING THE COMBINED INCOME OF HER AND PATRICK. CHRISTINE POINTED OUT THAT SHE WAS NOT PAID DURING SOME OF THE TIME DHS CLAIMS AN OVERPAYMENT TOOK PLACE. CHRISITNE ALSO POINTED OUT THAT PATRICK HAS HIS OWN FOODSTAMP CASE AND SHE HAS HER OWN FOODSTAMP CASE AND SHE CAN NOT CLAIM HIS INCOME AND HE CANNOT CLAIM HER INCOME AS THEY ARE SEPERAATE HOUSEHOLDS GETTING SERVICES FROM DIFFERENT BRANCHES OF DHS...PATRICK DEVELPMENTAL DISABILITIES AND CHRISTINE SENIOR AND DISABLED SERVICES. OAH DID NOT CARE SHE WAS TOLD TO SHUT UP SHE WAS TOLD THEY WILL NTO ALLOW ANY OF HER EXHIBNITS AND THEY HAD TAKNE HER THROUGHT THE PROCESS A TOTAL OF 5 TIMES WITH THE FIFTH JUST ENDING...OAH ILLEGALLY DECIDED TO TAKE HER FOODSTAMPS AWAY OVER 3 YEARS AGO AND JUST NOW GAVE THEM BACK AND JUST NOW HAVE DECIDED TO A LOT 10 AND TO TAKE 10 DOLLARS AWAY TO PAY FOR THE OVER PAYEMENT THAT NEVER

OCCURRED THE PROBLEM IS THAT THEY ALSO GARNISHED HER DOC PAYMENT WHICH IS AGAIN HIGHLY ILLEGAL BUT THEY DID IT AS DIFFICULTY OF CARE PAYMENTS IS NON COUNTABLE NON TAXABLE INCOME...AND AGAIN OAH WAS THE ONE WHO ISSUED AND SIGNED THE WRIT. SO OAH AND DHS IS COLLECTING THE FRAUDULANT FALSE DEBT TWICE NOT JUST ONCE IN HARASSMENT AND RETALITORY ACTIONS.

THE FEDERAL GOVERNMENT WAIVED THEIR SOVERIEN IMMUNITY WHEN THEY PASED THE FEDERAL TORT CLAIMS ACT. THIS ACT ALLOWS INDIVISUALS TO SUE FOR DAMAGES CAUSED BY GVERNMENTAL AGENCIES.

THE ELEVENTH ADMINDMENT THE JUDGE REFERS TO IN HER ORDER APPLIES TO CITIZENS SUING OTHER STATES SO IT DOES NOT APPLY TO THIS CASE. AS THE CIVIL TORTS BEING CLAIMED OCCURRED IN OREGON AND BY THE OREGON DEPARTMENT OF ADMINISTRATIVE HEARINGS.

E.

MANY OF THE OREGON ADMINISTRATIVE LAW JUDGES ARE NOT TRAINED TO DEAL WITH DISABLED INDIVIDUALS WHO NEED ACCOMMODATIONS DURING THE HEARINGS. OVER 95 PERCENT OF THE PERSONS INVOLVED IN THESE OREGON ADMINSITRATIVE HEARINGS DO NOT HIGH SCHOOL EDUCATION LEVEL AND ARE HANDICAPPED AND ISABLED IN SOME WAY. THE JUDGES PRESIDING IN THESE CASES HAVE BEEN DISREPECTFUL, USED THEIR POSIITION TO COERSE AND BULLY LITIGANTS, AND HAVE EVEN GONE AS FAR AS TO TELL PEOPLE TO "SHUT UP"! WHEN THEY ARE TRYING TO ANSWER A QUESTION OR MAKE THEIR CASE STATEMENT.

F

OREGON ADMINISTRATIVE JUDGES **"RUN THE CLOCK"** HEARINGS THAT SHOULD TAKE NO MORE THAN 30 MINUTES TOPS ARE TAKING 2 TO 3 AND A HALF HOURS. THE TIME IS SPENT CONVERSING WITH DEPARMENT REPRESENTATIVES, REWORKING THE CASE, LOOKING UP LAWS AND OTHER THINGS WHILE CLIENTS SIT AND LISTEN QUIETLY AND ARE TOLD TO SHUT UP, STOP TALKING, AND ARE NOT ALLOWED TO PUT INPUT INTO THE CONVERSTAION. THE CONSUMER HAS HAD FULLY CHARGED CELL PHONE GO DEAD WHILE THE "DEPARTMENT EMPLYEES RUN THE CLOCK TO GET MORE WAGES, MORE MONEY. AND TO FIND WAYS TO WIN A CASE THEY HAVE RIGHTFULLY LOST.

D.

I AM THE SOLE WORKER FOR MY BROTHER PATRICK HENDERSON WHO CAN NOT BE LEFT UNATTENDED AT ANYTIME AND I HAVE TO PAY PERSONAL SUPPORT WORKERS 20.00 AN HOUR OUT OF POCKET SO I CAN DO TELEPHONE CONFERENCES WITH OHDS AND JUDGES.THAT RUN THE CLOCK AND I DO NOT GET REIMBURSED FOR THE TIME I MUST ALLOW THEM TO RUN THE CLOCK TO GET EXTRA WAGES AND SEARCH FOR WAYS TO APPLY THE LAW TO FIND A WIN FOR THE DEPARTMENT. I ALSO MUST PAY FOR THE MINUTES USED UP ON MY CELL PHONE IN WHICH AGAIN I DO NOT GET REIMBURSEMENT FOR.

E.

IN SEVERAL HEARINGS I HAD ASKED FOR REASONABLE ACCOMMMODATONS DUE TO HANDICAPPS AND DISABILITIES. OREGON ADMINISTRATIVE LAW JUDGES FAILED TO PROVIDE THE ACCOMMODATIONS I REQUESTED WHICH VILATES THE DISABILITY ACT.

F.

OREGON ADMINISTRATIVE JUDGES TEND TO ABANDON NONPREJUDICE POSITION OF HEARIGNS JUDGE AND TEND TO TAKE ASSUME THE ROLE OF THE DEPARTMENT REPRESENTATIVE QUESTIONING THE CLIENT WHEN THE DEPARTMENT REPRESENTATIVE IS UNABLE TO PERFORM THEIR DUTIES TO AGAIN TRY AND POKE HOLES IN THE CLIENTS DEFENSE TO THE DEPARTMENTS CLAIMS OF FRAUD.

## THERE ISNOTHING MORE DISRESPECTFUL THAN TO BE ACCUSED OF THIONGS YOU DID NOT DO AND THAN BE FORCED BY ADMINISTRATIVE HEARING JUDGES TO ACCEPT THE FALSE FRAUDULANT CLAIMS MADE AGAINST YOU BY THEIR PREJUDICE RULINGS FOR THE DEPARMENT!

I AM A PERSON WHO CARES DEEPLY ABOUT MY INTEGRITY AND I ALSO AM EXTREMELY HUMANISTIC!!!!I DO NOT CARE FOR PEOPLE WHO ARE CURRPT, DISHONEST, LIERS, AND HAVE NO CONSCIOUS AS TO HOW THEIR ACTIONS AFFECT THE PEOPLE THEY COERSE INTO THEIR FALSE CLAIMS, OPAPERWORK MISTAKES, AND MISGUIDED INTENT TO SERVE THEIR PLACEOF EMPLYMENT.

G

FRUADULANT AND COERSED RULINGS HAVE LET THE DEPARTMENT COMMIT ILLEGAL ACTS OF COLLECTION/SANCTIONS/AND TAKE AWAY RESOURCES FOR SPEAKING UP AND NOT ALLOWING ILLEGAL ACTIONS TO TAKE PLACE. RETALIATION, HARRASSMENT, MENTAL ABUSE, PHYSICAL ABUSE, ABANDONMENT, AND EVEN FINANCIAL EMBEZZLEMENT AND CONSPIRACY TO MURDER HAS OCCURRED DUE TO THE ILLEGAL WRONGFUL ORDERS HANDED OUT BY OREGON ADMINISTRATIVE HEARINGS OFFICE AND I WILL NOT LET ANOTHER CLEINT OR THEIR FAMILY EXPERIENCE WHAT WE HAVE EXPERIENCED DUE TO A CURRUPT RACKETEERING ORGANIZATION **THAT HAS EMPLYEES COLLECTING SALRIES IN THE 200,000.00 RANGE WHEN THE MEDIUM FOR OGON ADMINSTRATIVE LAW JUSDGES IS 50,000**

H

IN SOME OF THE CASES I HAVE BEEN INVOLVED IN IT HAS TAKEN UP TO 6 MONTHS TO GET AN ADMINISTRATIVE HEARING DATE SCHEDULED AFTER A COMPLAINT HAS BEEN MADE WHICH IS ABSOUTLY UNACCEPTABLE AS THE NEED WAS IMMEDIATE UPON GETTING INFRONT OF AN ADMINISTRATIVE HEARINGS JUDGE THE JUDGE LIMITED ITS CONTENT AND WOULD NOT EVEN HEAR THE ORIGINAL COMPLAINT AND AGAIN THE RESULTS OF THE RULING WAS CATOSTROPHIC TO THE CLIENTS INVOLVED.

RELEIF

STOP THE CORRUPTION/EMBEZZLEMENT OF MILLIONS OF DEPARTMENT DOLLARS BY THIS SELECT FEW LAWYERS FROM THE OREGON STATE BAR THAT ACT AS OREGON ADMINISTRATIVE LAW JUDGES WORKING FOR 200,000.00 PLUS PERKS AND BENFITS A YEAR FOR THE DEPARTMENT BY **ELIMINATING THIS BRANCH OF THE DEPARTMENT** AND GO BACK TO THE WAY THINGS WERE BEFORE THE OREGON DEPARTMENT OF ADMINISTRATIVE HEARINGS WAS FROMED. HAVE HEARINGS OFFICERS WORK IN THE BRANCHES OF THE DEPARTMENT AND HAVE MEDIATIONS CONDUCTED WITHIN 3 TO 5 DAYS AND IF NO SETTLEMENT THAN HEARINGS WITIN 7DAYS OF THE COMPLAINT.

**DISBAR LAWYERS** LIKE HALBERT AND DREYER WHO ARE 210 PERCENT OVER THE MEDIUM FOR OREGONS WAGE OF 50,000.00 A YEAR.

FOR EACH SLANDER AND DEFAMTION I PROVE TO HAVE TAKEN PLACE          **20,000.00**

FOR FALSE CLAIMS OF FRAUDULANT BEHAVIOR THAT I PROVE          **50,000.00 FOR EACH CLAIM**

FOR EACH RETALITORY AND HARRASSING ACTION THE DEPARTMENT HAS COMMITTED AGAINST ME AND THE OFFICE OF ADMINISTRATIVE HEARINGS DEPARTMENT DID NOT INTERVENE AND KNEW ABOUT AND DID NOT SANCTION THE DEPARTMENT FOR          **50,000.00**

FOR ILLEGAL SEIZURE OF NON COLLECTABLE FUNDS (3 TIMES THE AMOUNT COLLECTED) PLUS 9 PERCENT INTEREST
**200,000.00**

FOR DAMAGING MY ITEGRITY AND FALSELY ACCUCUSATION OF FRAUD AND ILLEGALLY SANCTIONING RESOURRCES          **100,000.00**

DATED FEBRUARY 27,2022

SIGNATURE OF REPRESENTATIVE FOR PLAINTIFFS CHRISTNE HENDERSON